IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANA DAVILA, ET AL. § | |
| § | CIVIL ACTION NO. 4:12CV01067 |
| v. § | |
| § | |
| GRATIS CELLULAR, INC. AND § | |
| VIKSA ANAND § | |

**PLAINTIFFS' SUPPLEMENTAL MOTION TO REMAND**
_____

Plaintiffs filed their Motion to Remand (Doc. 75) on or before April 5, 2013. Although the motion was filed as "Opposed", Plaintiffs' counsel did not affirmatively state that Defense counsel was opposed to the motion to remand. Thus, Plaintiffs file this supplemental motion as a certificate of conference that Defense counsel is opposed to Plaintiffs' Motion to Remand (Doc. 75).

Respectfully submitted,

MICHAEL P. FLEMING & ASSOCIATES, P.C.

By: _____

Michael P. Fleming
State Bar No. 07130600
Federal Bar Id: 071306000
David Tang
Federal Bar Id: 639918
State Bar No. 24014483
440 Louisiana, Ste. 1920
Houston, Texas 77002
(713) 221-6800

1

(713) 221-6806 (Fax)
**ATTORNEY FOR PLAINTIFFS**

## Certificate of Service

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 16, 2013 as follows:

VIA: _____ Certified Mail
\_\_XXX\_ Court's ECF System
_____ Facsimile

_____
David Tang